UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Wirtz, Christa | § | Case No. 18-20540 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/23/2018. The undersigned trustee was appointed on 07/23/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 15,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 15,000.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/26/2018 and the deadline for filing governmental claims was 01/22/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,250.00, for a total compensation of $2,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $3.00 for total expenses of $3.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : 02/19/2019   By : /s/ Elizabeth C. Berg
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: 18-20540 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Wirtz, Christa | | Date Filed (f) or Converted (c): 07/23/2018 (f) |
| | | 341(a) Meeting Date: 08/20/2018 |
| For Period Ending: 02/19/2019 | | Claims Bar Date: 12/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 1830 W. Highland Ave Elgin IL 60123-0000  This property is the Debtor's residence. Trustee negotiated with Debtor for a sale of Estate's interest in the property back to the Debtor for $15,000.00 and Debtor expressly waived any claim for a homestead or personal property exemption from the sale proceeds. | 36,000.00 | 30,000.00 | | 15,000.00 | FA |
| 2. 2009 Hyundai Sonata GLS Estimated Mileage: 64,000 | 3,975.00 | 0.00 | | 0.00 | FA |
| 3. Household furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 50.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 0.00 | 0.00 | | 0.00 | FA |
| 7. Checking Chase Bank | 400.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 41,675.00 | 30,000.00 | | 15,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 15, 2019: Court approved Trustee's motion to sell the residence back to Debtor pursuant to court order November 11, 2018 [Dkt. 28]. Trustee's Report of Sale was filed November 26, 2018 [Dkt. 29]. With the assistance of her accountants, Trustee determined no estate tax return was required to be filed. Trustee reviewed and analyzed claims filed. Trustee prepared her TFR.

October 12, 2018: Trustee negotiated with Debtor for a sale of the non-exempt equity in the Debtor's condominium. The Trustee's motion to approve the proposed sale is set for hearing on November 9, 2018. The Trustee received the proposed sale proceeds of $15,000.00 in early October and deposited same in Estate account, pending court approval of proposed settlement. The claims bar date has been fixed at December 26, 2018 for general unsecured creditors and January 22, 2019 for governmental units. Upon expiration of the claims bar date, the Trustee will review claims, resolve any issues, attend to Estate tax matters and prepare her TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-20540 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | Wirtz, Christa | | | Date Filed (f) or Converted (c): | 07/23/2018 (f) |
| | | | | 341(a) Meeting Date: | 08/20/2018 |
| For Period Ending: | 02/19/2019 | | | Claims Bar Date: | 12/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 05/31/2019          **Current Projected Date of Final Report(TFR) :** 02/19/2019

**Trustee's Signature**    /s/Elizabeth C Berg                          **Date:**    02/14/2019
Elizabeth C Berg
P. O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 18-20540 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Wirtz, Christa | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5443 Checking Account |
| Taxpayer ID No: | **-***7013 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/19/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/04/2018 | [1] | Wirtz, Christa<br>1830 W. Highland<br>Unit D-403<br>Elgin, IL 60123 | Debtor's purchase of EQ in Debtor's residence (approved per court order dated 11/11/18 [Dkt. 28]) | 1110-000 | 15,000.00 | | 15,000.00 |

|  | | |
|---|---|---|
| Page Subtotals | 15,000.00 | 0.00 |
| **COLUMN TOTALS** | 15,000.00 | 0.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 15,000.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 15,000.00 | 0.00 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 15,000.00 | |
| All Accounts Gross Disbursements: | 0.00 | |
| All Accounts Net: | 15,000.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5443 Checking Account | 15,000.00 | 0.00 | |
| **Net Totals** | 15,000.00 | 0.00 | 15,000.00 |

UST Form 101-7-TFR (5/1/2011) (Page 5)                                                                                                    **Exhibit B**

Case: 18-20540  
Wirtz, Christa

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 1

Claims Bar Date: 12/26/18    Government Bar Date: 01/22/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
|  | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br>Trustee compensation | 2100 | 0.00 | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 |
|  | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br>Trustee expenses | 2200 | 0.00 | 3.00 | 3.00 | 0.00 | 3.00 |
|  | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br>Trustee's attorneys' fees | 3110 | 0.00 | 913.50 | 913.50 | 0.00 | 913.50 |
|  | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br>Trustee's attorneys' expenses | 3120 | 0.00 | 13.00 | 13.00 | 0.00 | 13.00 |
| **ADMINISTRATIVE TOTAL** |  |  | **0.00** | **3,179.50** | **3,179.50** | **0.00** | **3,179.50** |
| 00001 | Discover Bank Discover<br>PO Box 3025<br>New Albany, OH 43054<br>Filed: 09/27/18 | 7100 | 0.00 | 9,053.92 | 9,053.92 | 0.00 | 9,053.92 |
| 00002 | Bank of America, N.A.<br>PO Box 982284<br>El Paso, TX 79998<br>Filed: 10/16/18 | 7100 | 0.00 | 8,127.93 | 8,127.93 | 0.00 | 8,127.93 |
| **UNSECURED TOTAL** |  |  | **0.00** | **17,181.85** | **17,181.85** | **0.00** | **17,181.85** |
| **REPORT TOTALS** |  |  | **0.00** | **20,361.35** | **20,361.35** | **0.00** | **20,361.35** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   18-20540
Case Name:  Wirtz, Christa

Trustee Name:   Elizabeth C Berg

| | |
|---|---|
| Balance on Hand | $15,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 3.00 | $ 0.00 | $ 3.00 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 913.50 | $ 0.00 | $ 913.50 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 13.00 | $ 0.00 | $ 13.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,179.50 |
| Remaining Balance | $ 11,820.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,181.85 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 68.8 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Discover Bank Discover Products Inc | $ 9,053.92 | $ 0.00 | $ 6,228.79 |
| 00002 | Bank of America, N.A. | $ 8,127.93 | $ 0.00 | $ 5,591.71 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,820.50 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE