UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Wirtz, Christa § Case No. 18-20540
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 (Without deducting any secured claims) | Assets Exempt: $5,675.00 |
| Total Distributions to Claimants: $11,820.50 | Claims Discharged Without Payment: $34,977.31 |
| Total Expenses of Administration: $3,179.50 | |

3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $3,179.50 | $3,179.50 | $3,179.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $29,615.96 | $17,181.85 | $17,181.85 | $11,820.50 |
| **TOTAL DISBURSEMENTS** | $29,615.96 | $20,361.35 | $20,361.35 | $15,000.00 |

4) This case was originally filed under chapter 7 on 07/23/2018. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   04/18/2019                        By :   /s/ Elizabeth C Berg
                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 1830 W. Highland Ave Elgin IL 60123-0000 | 1110-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3120-000 | NA | $13.00 | $13.00 | $13.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $3.00 | $3.00 | $3.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Baldi Berg, Ltd. | 3110-000 | NA | $913.50 | $913.50 | $913.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,179.50 | $3,179.50 | $3,179.50 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | Bank of America, N.A. | 7100-000 | $0.00 | $8,127.93 | $8,127.93 | $5,591.71 |
| 00001 | Discover Bank Discover Products | 7100-000 | $0.00 | $9,053.92 | $9,053.92 | $6,228.79 |
| | American Express | | $45.00 | NA | NA | $0.00 |
| | Bank of America | | $2,978.00 | NA | NA | $0.00 |
| | Barclays Bank Delaware | | $10,063.00 | NA | NA | $0.00 |
| | Comenity Capital Bank/HSN | | $6.00 | NA | NA | $0.00 |
| | Fifth Third Bank | | $5,857.00 | NA | NA | $0.00 |
| | McGill Management | | $1,446.96 | NA | NA | $0.00 |
| | Pnc Bank | | $5,158.00 | NA | NA | $0.00 |
| | PNC Bank | | $4,059.00 | NA | NA | $0.00 |
| | Target | | $3.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $29,615.96 | $17,181.85 | $17,181.85 | $11,820.50 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-20540 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Wirtz, Christa | | | Date Filed (f) or Converted (c): | 07/23/2018 (f) |
| | | | | 341(a) Meeting Date: | 08/20/2018 |
| For Period Ending: | 04/18/2019 | | | Claims Bar Date: | 12/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 1830 W. Highland Ave Elgin IL 60123-0000  This property is the Debtor's residence. Trustee negotiated with Debtor for a sale of Estate's interest in the property back to the Debtor for $15,000.00 and Debtor expressly waived any claim for a homestead or personal property exemption from the sale proceeds. | 36,000.00 | 30,000.00 | | 15,000.00 | FA |
| 2. 2009 Hyundai Sonata GLS Estimated Mileage: 64,000 | 3,975.00 | 0.00 | | 0.00 | FA |
| 3. Household furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 50.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 0.00 | 0.00 | | 0.00 | FA |
| 7. Checking Chase Bank | 400.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 41,675.00 | 30,000.00 | | 15,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 15, 2019:  Court approved Trustee's motion to sell the residence back to Debtor pursuant to court order November 11, 2018 [Dkt. 28].  Trustee's Report of Sale was filed November 26, 2018 [Dkt. 29].  With the assistance of her accountants, Trustee determined no estate tax return was required to be filed.  Trustee reviewed and analyzed claims filed.  Trustee prepared her TFR.

October 12, 2018: Trustee negotiated with Debtor for a sale of the non-exempt equity in the Debtor's condominium.  The Trustee's motion to approve the proposed sale is set for hearing on November 9, 2018.  The Trustee received the proposed sale proceeds of $15,000.00 in early October and deposited same in Estate account, pending court approval of proposed settlement. The claims bar date has been fixed at December 26, 2018 for general unsecured creditors and January 22, 2019 for governmental units.  Upon expiration of the claims bar date, the Trustee will review claims, resolve any issues, attend to Estate tax matters and prepare her TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-20540 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | Wirtz, Christa | | | Date Filed (f) or Converted (c): | 07/23/2018 (f) |
| | | | | 341(a) Meeting Date: | 08/20/2018 |
| For Period Ending: | 04/18/2019 | | | Claims Bar Date: | 12/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 05/31/2019       **Current Projected Date of Final Report(TFR) :** 02/19/2019

**Trustee's Signature**    /s/Elizabeth C Berg        **Date:** 04/18/2019
Elizabeth C Berg
P. O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No:** | 18-20540 | **Trustee Name:** | Elizabeth C Berg |
| **Case Name:** | Wirtz, Christa | **Bank Name:** | Texas Capital Bank |
| | | **Account Number/CD#:** | ******5443 Checking Account |
| **Taxpayer ID No:** | **-***7013 | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** | 4/18/2019 | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/04/2018 | [1] | Wirtz, Christa<br>1830 W. Highland<br>Unit D-403<br>Elgin, IL 60123 | Debtor's purchase of EQ in Debtor's residence (approved per court order dated 11/11/18 [Dkt. 28]) | 1110-000 | 15,000.00 | | 15,000.00 |
| 04/03/2019 | 51001 | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee's Final Compensation | 2100-000 | | 2,250.00 | 12,750.00 |
| 04/03/2019 | 51002 | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee expenses | 2200-000 | | 3.00 | 12,747.00 |
| 04/03/2019 | 51003 | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee's attorneys' fees | 3110-000 | | 913.50 | 11,833.50 |
| 04/03/2019 | 51004 | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee's attorneys' expenses | 3120-000 | | 13.00 | 11,820.50 |
| 04/03/2019 | 51005 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 68.80% to Claim #00001 | 7100-000 | | 6,228.79 | 5,591.71 |
| 04/03/2019 | 51006 | Bank of America, N.A.<br>PO Box 982284<br>El Paso, TX 79998 | Disb of 68.80% to Claim #00002<br>Mail payment to:<br>Bank of America, NA<br>P.O. Box 15102<br>Wilmington ,DE 19886-5102 | 7100-000 | | 5,591.71 | 0.00 |
| | | | | Page Subtotals | 15,000.00 | 15,000.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-20540 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Wirtz, Christa | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5443 Checking Account |
| Taxpayer ID No: | **-***7013 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/18/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | |
| --- | --- | --- | --- |
| | Page Subtotals | | |
| **COLUMN TOTALS** | 15,000.00 | 15,000.00 | |
| Less:Bank Transfer/CD's | 0.00 | 0.00 | |
| **SUBTOTALS** | 15,000.00 | 15,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **Net** | 15,000.00 | 15,000.00 | |

| | | |
| --- | --- | --- |
| All Accounts Gross Receipts: | 15,000.00 | |
| All Accounts Gross Disbursements: | 15,000.00 | |
| All Accounts Net: | 0.00 | |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| --- | --- | --- | --- |
| ******5443 Checking Account | 15,000.00 | 15,000.00 | |
| **Net Totals** | 15,000.00 | 15,000.00 | 0.00 |